UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| AUTO-OWNERS INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>EXCELSIOR WESTBROOK III, LLC, )<br>)<br>Serve: Registered Agent Cogency Global Inc. )<br>        2101 S.W. 21st Street, Topeka, KS 66604 )<br>)<br>    Defendant. ) | Case No.: _____<br><br>**JURY TRIAL DEMANDED** |

### COMPLAINT FOR DECLARATORY JUDGMENT

COMES NOW Plaintiff Auto-Owners Insurance Company ("Plaintiff" or "Auto-Owners"), by and through counsel, and for its Complaint for Declaratory Judgment under 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure, states as follows:

#### PARTIES, JURISDICTION, AND VENUE

1. Auto-Owners is and was at all times mentioned herein a corporation incorporated under the laws of the State of Michigan with its principal place of business in Lansing, Michigan, engaged in the business of insurance, and licensed to transact that business in the State of Kansas.

2. Upon information and belief, Defendant Excelsior Westbrook III, LLC is a Delaware limited liability company which is registered to do business in the State of Kansas, with its principal place of business located at 102 Woodmont Boulevard, Suite 100, Nashville, TN 37205-2216.

3. Upon information and belief, none of the members of Excelsior Westbrook III, LLC are residents or citizens of the State of Michigan.

4. This case and controversy involves citizens of different states.

5. The amount in controversy exceeds $75,000 exclusive of interest and costs.

1

6. This Court has diversity jurisdiction under 28 U.S.C. §1332(a)(1).

7. Venue is proper in the United States District Court for the District of Kansas under 28 U.S.C. § 1391(a) because Defendant is registered to do business in Kansas, the insured property is located in Kansas, and a substantial amount of the events and occurrences giving rise to this action occurred in Kansas.

8. This Court "may declare the rights and other legal relations of any interested parties seeking such declaration" pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201(a) with respect to the policies of insurance issued by Auto-Owners and all above referenced parties are interested parties with respect to the termination of rights pursuant to the insurance policies issued by Auto-Owners.

## GENERAL ALLEGATIONS

9. Auto-Owners brings this action seeking the interpretation of the insurance policy described below and a declaration of its rights and obligations thereunder.

10. Auto-Owners issued a Tailored Protection Insurance Policy to Named Insured Excelsior Westbrook III LLC bearing policy number 204613-03846111-22, with effective dates of 05-24-2022 to 05-24-2023 ("the Excelsior Westbrook Policy"). A true and correct copy of the Excelsior Westbrook Policy is attached as Exhibit A and incorporated as if fully set forth herein.

11. The Excelsior Westbrook Policy was delivered to Excelsior Westbrook at 102 Woodmont Boulevard, Suite 100, Nashville, TN 37205-2216.

12. The Excelsior Westbrook Policy provides Commercial Property Coverage for the premises located at 8050 Marshall Drive, Lenexa KS 66214-1524 ("the Insured Location") which is listed as the insured location in the Policy Declarations.

13. On or about July 21, 2022, the Insured Location sustained damage caused by the failure of an underground water main pipe located below the building.

14. As a result of the water main pipe's failure, water under the ground surface pushed up through the foundation and into the building, causing damage ("the Loss").

15. Auto-Owners declined coverage for the Loss on or about August 12, 2022.

16. Excelsior Westbrook continues to claim that coverage is due under the Excelsior Westbrook Policy.

17. An actual justiciable controversy exists between Auto-Owners and Excelsior Westbrook as to whether any coverage is owed for the Loss under the Excelsior Westbrook Policy.

18. The resolution of the matters raised in this Declaratory Judgment action will dispose of the issues and disputes between Auto-Owners and Excelsior Westbrook.

19. All necessary and proper parties are before the Court for the matters in controversy.

20. Auto-Owners has no adequate remedy at law.

### THE EXCELSIOR WESTBROOK POLICY

21. The Excelsior Westbrook Policy contains the following relevant provisions:

**BUILDING AND PERSONAL PROPERTY**
**COVERAGE FORM**

**A. COVERAGE**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1. Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in Section **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building**, meaning the building or structure described in the Declarations[.]

…

    **2. Property Not Covered**

    Covered Property does not include:

…

        **f.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

            **(1)** The lowest basement floor; or

            **(2)** The surface of the ground, if there is no basement;

        **g.** Land (including land on which the property is located), water, growing crops or lawns;

…

        **m.** Underground pipes, flues or drains[.]

    **3. Covered Causes Of Loss**

    See Applicable Causes Of Loss Form as shown in the Declarations.

…

**CAUSES OF LOSS – SPECIAL FORM**

**A. COVERED CAUSES OF LOSS**

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations

**B. EXCLUSIONS**

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

…

  **g. Water**

   **(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

   **(2)** Mudslide or mudflow;

   **(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

   **(4)** Water under the ground surface pressing on, or flowing or seeping through:

   **(a)** Foundations, walls, floors or paved surfaces;

   **(b)** Basements, whether paved or not; or

   **(c)** Doors, windows or other openings; or

   **(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

   This exclusion applies regardless of whether any of the above, in Paragraphs **g.(1)** through **(5)** is caused by an act of nature or is otherwise caused.

   However, if any of the above in Paragraphs **g.(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

*******************************************************************************************
## GROUNDS FOR DECLARATORY JUDGMENT

22. No coverage exists under the Excelsior Westbrook Policy for the Loss.

23. The Excelsior Westbrook Policy provides, in part, that "Covered Property does not include… [f]oundations of buildings [or] structures; … [l]and (including land on which the property is located); … or [u]nderground pipes, flues or drains[.]" To the extent that the Loss

…

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

   (a) Foundations, walls, floors or paved surfaces;

   (b) Basements, whether paved or not; or

   (c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **g.(1)** through **(5)** is caused by an act of nature or is otherwise caused.

However, if any of the above in Paragraphs **g.(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

*******************************************************************************************

## GROUNDS FOR DECLARATORY JUDGMENT

22. No coverage exists under the Excelsior Westbrook Policy for the Loss.

23. The Excelsior Westbrook Policy provides, in part, that "Covered Property does not include… [f]oundations of buildings [or] structures; … [l]and (including land on which the property is located); … or [u]nderground pipes, flues or drains[.]" To the extent that the Loss

caused damage to any such property, no coverage is provided under the Excelsior Westbrook Policy.

24. The "Water" exclusion set forth in Section B.1.g. of the Causes Of Loss – Special Form of the Excelsior Westbrook Policy provides that Auto-Owners "will not pay for loss or damage caused directly or indirectly by… [w]ater under the ground surface pressing on, or flowing or seeping through… [f]oundations, walls, floors or paved surfaces; [b]asements, whether paved or not; or [d]oors, windows or other openings… regardless of whether any of the above… is caused by an act of nature or is otherwise caused."

25. The loss claimed by Defendant was caused by water under the ground surface which pressed on or flowed or seeped through the building's foundation, walls, floors, paved surfaces, or basement.

26. Section B.1. of the Causes Of Loss – Special Form of the Excelsior Westbrook Policy provides that coverage for loss or damage caused directly or indirectly by water as set forth in the "Water" exclusion "is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss."

27. The "Water" exclusion bars coverage for Defendant's claim, regardless of any other potential causes or events that contributed concurrently or in any sequence to the Loss.

WHEREFORE, Plaintiff Auto-Owners Insurance Company prays that this Court declare the rights of the parties under the Excelsior Westbrook Policy and enter judgment finding and declaring that the Excelsior Westbrook Policy provides no coverage for property loss sustained on or about July 21, 2022 at the building located at 8050 Marshall Drive, Lenexa, KS 66214, and for any such further relief this Court deems just and proper under the circumstances.

        Respectfully submitted,

        /s/ Jonathan B. Morrow
        Jonathan B. Morrow      Bar #78940
        KNIGHT NICASTRO MACKAY, LLC
        319 N. 4th Street, Suite 300
        St. Louis, MO 63102
        Phone: 314-690-4757
        Fax: 816-396-6233
        Email: jmorrow@knightnicastro.com

        Patrick J. Allegri      KS #25189
        KNIGHT NICASTRO MACKAY, LLC
        304 W. 10th Street
        Kansas City, MO 64105
        Phone: 816-396-0161
        Fax: 816-396-6233
        Email: allegri@knightnicastro.com

        **ATTORNEYS FOR PLAINTIFF**
        **AUTO-OWNERS INSURANCE COMPANY**