# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

| | |
|---|---|
| **AUTO-OWNERS INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>v.<br><br>**EXCELSIOR WESTBROOK III, LLC,**<br><br>Defendant. | Case No. 2:22-cv-02360-HLT |

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 110), judgment is entered in favor of Plaintiff Auto-Owners Insurance Company. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: July 29, 2024

*/s/ M. Deaton*
By Deputy Clerk